## 67672. BEARD v. THE STATE.

POPE, Judge.

Applying the standard enunciated in *Pitts v. Glass*, 231 Ga. 638 (203 SE2d 515) (1974), we find no merit in appellant's allegation of ineffective assistance of counsel, his sole enumeration of error on appeal. See *Hawes v. State*, 240 Ga. 327 (1) (240 SE2d 833) (1977); *Ammons v. State*, 168 Ga. App. 601 (309 SE2d 885) (1983); *Spence v. State*, 163 Ga. App. 198 (1) (292 SE2d 908) (1982). See also *Phillips v. State*, 169 Ga. App. 801 (2) (315 SE2d 34) (1984).

*Judgment affirmed. Banke, P. J., and Benham, J., concur.*

DECIDED APRIL 19, 1984.

*Michael H. Lane, Kenneth D. Feldman*, for appellant.
*Lewis R. Slaton, District Attorney, Joseph J. Drolet, Harvey W. Moskowitz, Benjamin H. Oehlert III, Assistant District Attorneys*, for appellee.